C. C. WILLIAMS, J. ARTHUR STEWART, H. C. STUTTS, D. C. HAMER, G. B. HAMMOND, G. B. WILLIAMS, C. S. LEWIS, E. T. DENNIS, T. N. SLACK, E. R. BROWN, J. M. HUNSUCKER, DR. C. W. McMANUS, S. C. STEWART, W. C. LASSITER AND ALL OTHER TAXPAYERS AND CITIZENS OF HEMP, WHO CARE TO MAKE THEMSELVES PARTIES PLAINTIFF, v. KARL ROBBINS, ALIAS KALAM RABINOWITS ; W. P. SAUNDERS (OR SANDERS), E. M. RITTER, A. F. LOWDERMILK, W. N. McDUF-FIE, F. H. UPCHURCH AND E. C. McSWAIN, DEFENDANTS.

(Filed 1 December, 1943.)

APPEAL by plaintiffs from *Bobbitt, J.,* at Chambers in Union County, 28 August, 1943. From MOORE.

Civil action instituted 14 August, 1943, to restrain defendants, their servants, agents, employees and attorneys from putting into effect anything that will change the name of the town of Hemp to Robbins.

Plaintiffs appeal to Supreme Court and assign error.

*H. F. Seawell, Jr., W. D. Siler,* and *L. R. Varser for plaintiffs, appellants.*

*U. L. Spence, M. G. Boyette,* and *J. C. B. Ehringhaus for defendants, appellees.*

WINBORNE, J.   Plaintiffs present on this appeal these two questions:
1. Are plaintiffs entitled to have the action heard in the courts of Moore County? 2. Should the temporary restraining order and injunction issued be continued to the hearing? For reasons set out in the opinion in *Hunsucker v. Winborne, ante,* 650, each of these questions must be answered in the negative. Hence, the judgment below is
Affirmed.